UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UTILITIES MARKETING GROUP, LLC, AND
AGR FIELD SERVICES, LLC,

    Plaintiffs,

v.

Case No. 8:15-cv-01966-RAL-TBM

JAMES WARRICK, ANGELA WARRICK,
GEORGE TAPIA, AMANDA TAPIA,
EXCEL NETWORK, LLC, EXCEL
RESOURCES, LLC, NWELITE MARKETING,
LLC, AND UNKNOWN JOHN DOES,

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

___    IS    related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_X_  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or state court, or administrative agency.

    I HEREBY CERTIFY that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                              /s/Shirin M.Vesely
                              Shirin M. Vesely, Esq.
                              Fla. Bar No. 2021156
                              KEANE, REESE, VESELY & GERDES
                              770 2nd Avenue South
                              St. Petersburg, FL 33701
                              Phone: (727) 823-5000

(727) 894-1023 (facsimile)
Attorneys for Defendants James Warrick,
Angela Warrick, George Tapia, Amanda
Tapia, Excel Network, LLC, Excel
Resources, LLC, and
NWElite Marketing, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30th, 2015, I electronically filed the foregoing Defendants' Notice of Pendency of Other Actions with the Clerk of the Court using the Court's CM/ECF System which will cause a notice of electronic filing to be delivered to the following attorneys of record:

James B. Lake, Esq. (jlake@tlolawfirm.com) and
Blaine C. Kimrey, Esq. (bkimrey@vedderprice.com); Bryan K. Clark, Esq.(bclark@vedderprice.com)

/s/Shirin M. Vesely, Esq.
Shirin M. Vesely,