---------- Original Message ----------
From: George Tapia <george@nwelitemarketing.com>
To: Abigail Reynolds <areynolds@agrgroupinc.com>
Cc: "amanda@nwelitemarketing.com" <amanda@nwelitemarketing.com>, "ops@nwelitemarketing.com" <ops@nwelitemarketing.com>, Jimmy Warrick <jwarrick@agrgroupinc.com>
Date: October 14, 2013 at 5:36 PM
Subject: Re: DPLER OH

That is correct Abigail.

Thank you,
George Tapia

Sent from my iPhone

On Oct 14, 2013, at 1:52 PM, Abigail Reynolds <areynolds@agrgroupinc.com> wrote:

> George,
>
> Good afternoon. I know we spoke on the phone about this last week, but just want to confirm. Starting as of last Monday, October 7, Evolutionary Enterprises will be paid for any DPLER deals sold by Travis Murphy and his team from October 7th on. Correct? This means that as of October 7, 2013, the NWElite Marketing DPLER contract is null and void (for now). Please confirm.
>
> Thank you,
>
> Abigail
>
> **Abigail Reynolds**
> **Director of Strategic Partnerships**
> **AGR Field Services**
> 866-508-4235 Main
> 714-245-7151 x 237 Office
> 714-245-7157 Fax
> www.agrfieldservices.com
> www.agrgroupinc.com
>
> **AGR "ALL GREAT REPS"**
>
> *The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review,*

1

**EXHIBIT 1**

*retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.*

# EXHIBIT 1