IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UTILITIES MARKETING GROUP, LLC,
AGR FIELD SERVICES, LLC, and
ENERGY PROFESSIONALS, LLC,

    Plaintiffs,

v.                                       Case No. 8:15-CV-01966-RAL-TBM

JAMES WARRICK, ANGELA WARRICK,
GEORGE TAPIA, AMANDA TAPIA, EXCEL
NETWORK, LLC, EXCEL RESOURCES, LLC,
NWELITE MARKETING, LLC, and NWE, LLC,

    Defendants / Third-Party Plaintiffs,

v.

STEPHEN UPHAM,

    Third-Party Defendant.
_____/

## **STIPULATION AND JOINT NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to the Parties' Settlement Agreement (D.E. 166-1), Plaintiffs, Utilities Marketing Group, LLC, AGR Field Services, LLC, and Energy Professionals, LLC; Defendants, James Warrick, Angela Warrick, George Tapia, Amanda Tapia, Excel Network, LLC, Excel Resources, LLC, NWElite Marketing, LLC, and NWE, LLC; and Third-Party Defendant, Stephen Upham, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and third-party claims in the present litigation. Pursuant to the Settlement Agreement, each party will bear its own costs and attorney's fees.

February 20, 2017.

<div style="display: flex;">

*/s/ Toby K. Henderson*
Toby K. Henderson
SEBALY SHILLITO + DYER
A Legal Professional Association
1900 Kettering Tower
40 North Main Street
Dayton, OH  45423-1013
(937) 222-2500
(937) 222-6554 (fax)
thenderson@ssdlaw.com

*Co-Counsel for Plaintiffs*

*/s/ Hiren P. Patel*
Hiren P. Patel
PATEL ERVIN PLLC
1113 Vine Street, Suite 320
Houston, TX  77002
(713) 579-9700
(832) 460-6530 (fax)
hpatel@patelervin.com

*Co-Counsel for Defendants*

*/s/ Charles A. Carlson*
Charles A. Carlson
BARNETT BOLT,
KIRKWOOD, LONG &
KOCHE, P.A.
601 Bayshore Blvd., Suite 700
Tampa, FL  33606
(813) 253-2020
(813) 251-6711 (fax)
ccarlson@barnettbolt.com

*Counsel for Third-Party Defendant*

</div>

*/s/ James B. Lake*
James B. Lake
THOMAS & LOCICERO PL
601 South Boulevard
Tampa, FL  33606
(813) 984-3060
(813) 984-3070 (fax)
jlake@tlolawfirm.com

*Co-Counsel for Plaintiffs*

*/s/ Joel Ewusiak*
Joel Ewusiak
EWUSIAK LAW, P.A.
6601 Memorial Hwy, Suite 311
Tampa, FL  33615
(727) 286-3559
(727) 286-3219
joel@ewusiaklaw.com

*Co-Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 20, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ James B. Lake*
Attorney